**The Law Firm Of**
**JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel: (914) 834-6600 / Fax: (914) 834-0152

August 19, 2008

**VIA FACSIMILE (212) 390-4179**

Judge Stephen C. Robinson
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      RE: **HYDER v. KURUVILLA, FRANCIS, ET AL.**
            *United States District Court, Southern District of New York*
            *08 CV 6446 (SCR)*

Dear Judge Robinson:

    The undersigned is counsel for the plaintiff, Masood Hyder, as Administrator of the Estate of Mohamed Hyder, in the above referenced case.

    This matter was filed by and summonses were issued to the undersigned on July 18, 2008. Service of process upon all defendants was completed, according to the affidavits of service recently received by this office, on August 14, 2008. The Court has directed that counsel for the parties submit a scheduling order by August 22, 2008. Given that service was recently effectuated, it is respectfully requested that the Court direct the parties to submit a scheduling order on or before September 30, 2008.

    Thank you for consideration of our request.

**APPLICATION GRANTED**

*/s/ Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
JL/as    8/26/08

Very truly yours,

JOSEPH LANNI    (JL 4234)