STATE OF NEW YORK    )
                        : SS.:
COUNTY OF NEW YORK   )

          CASSANDRA A. SALTERS being duly sworn, deposes and says that she is over

the age of 18 years old, am not a party to this action, and is employed in the office of the

Attorney General of the State of New York, the Attorney for Defendant herein. On the 27th day

of August 2008 she served the annexed **Verified Answer, Demand for Interrogatories and**

**Notices and Various Demands** upon the following named persons:

JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
Tel. No. (914) 834-6600

ANDREW FRANCIS, M.D.
Stony Brook Health Sciences Center
L5 Room 48
Department of Psychiatry Offices
Stony Brook University Hosp.
Stony Brook, NY 11794

"EDMUND MURPHY, R.N."
Stony Brook Health Sciences Center
L5 Room 48
Department of Psychiatry Offices
Stony Brook University Hosp.
Stony Brook, NY 11794

STEVE J. KURUVILLA, M.D.
Stony Brook Health Sciences Center
L5 Room 48
Department of Psychiatry Offices
Stony Brook University Hosp.
Stony Brook, NY 11794

STONY BROOK PSYCHIATRIC ASSOC.
Stony Brook Health Sciences Center
L5 Room 48
Department of Psychiatry Offices
Stony Brook University Hosp.
Stony Brook, NY 11794

"JANE DOE, L.C.S.W."
Stony Brook Health Sciences
L5 Room 48
Department of Psychiatry Offices
Stony Brook University Hosp.
Stony Brook, NY 11794

Attorneys and/or parties  in the within entitled action by depositing a true and correct copy

thereof, properly enclosed in a post-paid wrapper, in a post office box regularly maintained by

the Government of the United States at 120 Broadway, New York, NY 10271 directed to said

Attorneys and/or parties at the address within the State designated by them for that purpose.

CASSANDRA A. SALTERS

Sworn to before me this 27th
day of August, 2008

BRIDGET E. FARRELL
BF - 1491
Assistant Attorney General of the
State of New York