UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASOOD HYDER, as Administrator of
the Estate of MOHAMED HYDER, Deceased,
                      Plaintiff,

    - against-

STEVE J. KURUVILLA, M.D., ANDREW
FRANCIS, M.D., STONY BROOK
PSYCHIATRIC ASSOC., "EDMUND
MURPHY, R.N." *(identified as person
signing "Final Progress Note/Discharge
Orders" and "Individual Discharge Order Plan"
in Stony Brook Univ. Hosp. medical records
on 12/21/07)*, and "JANE DOE, L.C.S.W."
*(name fictitious, full identity currently
unknown, identified only as mental health
care professional signing "Social Work
Progress Note" in Stony Brook Univ.
Hosp. medical records on 12/21/07,
at 17:30)*,

                  Defendants.
------------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FRCP RULE 7.1**

Docket No.: 08 CIV 6446

Judge Robinson

    I, Michael T. Colavecchio, attorney for the defendants, **ANDREW FRANCIS, M.D. AND STONY BROOK PSYCHIATRIC ASSOCIATES, U.F.P.C.**, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to FRCP Rule 7.1:

    The defendants have no corporate parents or subsidiaries that are publicly held.

Dated: New York, New York
       August 27, 2008

Yours, etc.,

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendants
ANDREW FRANCIS, M.D. and "STONY BROOK PSYCHIATRIC ASSOCIATES, U.F.P.C.,
s/h/a STONY BROOK PSYCHIATRIC ASSOC."
425 Broad Hollow Road, Suite 400
Melville, New York 11747-4712
(631) 755-0101

By: _____
MICHAEL T. COLAVECCHIO (MC5765)

TO:

The Law Firm of
JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
138 Chatsworth Avenue, Suite 6-8
Larchmont, New York 10538
(914) 834-6600
(914) 834-0152