UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASOOD HYDER, as Administrator of
the Estate of MOHAMED HYDER, Deceased,

                                      Plaintiff,

    - against-

STEVE J. KURUVILLA, M.D., ANDREW
FRANCIS, M.D., STONY BROOK
PSYCHIATRIC ASSOC., "EDMUND
MURPHY, R.N."*(identified as person
signing "Final Progress Note/Discharge
Orders" and "Individual Discharge Order Plan"
in Stony Brook Univ. Hosp. medical records
on 12/21/07),* and *"JANE DOE, L.C.S.W."
(name fictitious, full identity currently
unknown, identified only as mental health
care professional signing "Social Work
Progress Note" in Stony Brook Univ.
Hosp. medical records on 12/21/07,
at 17:30),*

                                   Defendants.
------------------------------------------------------------X

**NOTICE OF DEPOSITION**

Docket No.: 08 CIV 6446

Judge Robinson

S I R S :

       PLEASE TAKE NOTICE that the testimony upon oral examination of the plaintiff as a party to this action, and all distributees of the plaintiff's decedent who are making a claim for damages in this action, will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at Lewis Johs Avallone Aviles, LLP, 425 Broadhollow Road, Suite 400, Melville, New York 11747 on the 18th day of November, 2008, at 10:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the defense of this action.

That the said person to be examined is required to produce at such examination the following:

All pertinent records, x-rays, correspondence and file materials pertaining to this case.

Dated: Melville, New York
August 27, 2008

        LEWIS JOHS AVALLONE AVILES, LLP
        Attorneys for Defendants
        ANDREW FRANCIS, M.D. and "STONY BROOK
        PSYCHIATRIC ASSOCIATES, U.F.P.C.,
        s/h/a STONY BROOK PSYCHIATRIC ASSOC."
        425 Broad Hollow Road, Suite 400
        Melville, New York 11747-4712
        (631) 755-0101

        By: _____
           MICHAEL T. COLAVECCHIO (MC5765)

TO:
The Law Firm of
JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
138 Chatsworth Avenue, Suite 6-8
Larchmont, New York 10538
(914) 834-6600
(914) 834-0152