UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASOOD HYDER, as Administrator of
the Estate of MOHAMED HYDER, Deceased,

                      Plaintiff,

  - against-

STEVE J. KURUVILLA, M.D., ANDREW
FRANCIS, M.D., STONY BROOK
PSYCHIATRIC ASSOC., "EDMUND
MURPHY, R.N." *(identified as person
signing "Final Progress Note/Discharge
Orders" and "Individual Discharge Order Plan"
in Stony Brook Univ. Hosp. medical records
on 12/21/07),* and *"JANE DOE, L.C.S.W."
(name fictitious, full identity currently
unknown, identified only as mental health
care professional signing "Social Work
Progress Note" in Stony Brook Univ.
Hosp. medical records on 12/21/07,
at 17:30),*

                    Defendants.
------------------------------------------------------------X

**NOTICE TO MAINTAIN
AND PRESERVE**

Docket No.: 08 CIV 6446

Judge Robinson

S I R S :

      PLEASE TAKE NOTICE, that defendants, ANDREW FRANCIS, M.D. and "STONY BROOK PSYCHIATRIC ASSOCIATES, U.F.P.C., s/h/a STONY BROOK PSYCHIATRIC ASSOC.", demand that the plaintiff preserve and maintain, during the pendency of this action, without alterations:

      1.    Cell phone utilized by decedent.

      PLEASE TAKE FURTHER NOTICE, that the within is a continuing request. In the event any of the above items are obtained after service hereof, they are to be immediately furnished to this office.

PLEASE TAKE FURTHER NOTICE, that upon your failure to comply with the requests of this notice, a motion will be made for the appropriate relief to this Court.

Dated: Melville, New York
       August 27, 2008

                          LEWIS JOHS AVALLONE AVILES, LLP
                          Attorneys for Defendants
                          ANDREW FRANCIS, M.D. and "STONY BROOK
                          PSYCHIATRIC ASSOCIATES, U.F.P.C.,
                          s/h/a STONY BROOK PSYCHIATRIC ASSOC."
                          425 Broad Hollow Road, Suite 400
                          Melville, New York 11747-4712
                          (631) 755-0101

                          By: _____
                              MICHAEL T. COLAVECCHIO (MC5765)

TO:
The Law Firm of
JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
138 Chatsworth Avenue, Suite 6-8
Larchmont, New York 10538
(914) 834-6600
(914) 834-0152